# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE RAUL IRENE-SUAREZ<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)          1:18-mj-0634<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2018__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(A) | Alien who is unlawfully present in the United States, and illegally possessed a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_William Birkofer, Special Agent, HSI_
*Complainant's signature*

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/26/2018

*Judge's signature*

City and state: Indianapolis, IN

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

Your Affiant, Special Agent (SA) William Birkofer, is employed by the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and has been so employed for approximately eight (8) years. Prior to that, SA Birkofer was employed as a U.S. Postal Inspector for the U.S. Postal Inspection Service for approximately eight (8) years and as a Special Agent for the U.S. Customs Service Office of Investigations for approximately thirteen (13) years. SA Birkofer has attended numerous classes at the Federal Law Enforcement Training Center, to include the Criminal Investigator School, the U.S. Customs Service Basic Enforcement School, U.S. Postal Inspection Service Basic Academy and DHS ICE Special Agent Training School.

1. Your Affiant is a sworn Federal agent empowered under the laws of the United States to investigate violations of federal firearm laws pertaining to the Gun Control Act of 1968, and has focused attention on the detection and apprehension of individuals violating both federal and state laws, to include 18 United States Code Section 922. Additionally, in connection with his official duties, SA Birkofer also investigates criminal violations of the federal narcotics laws; money laundering, outbound and inbound contraband smuggling and bulk cash smuggling; as well as administrative and criminal immigration laws.

2. Your Affiant regularly conducts joint firearm related investigations with Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), other state, local and federal law enforcement agencies with concurrent jurisdiction and has

experience conducting interviews, making arrests, executing search warrants which have resulted in the seizure of firearms and other related evidence.

3. Your Affiant has been investigating Jose Raul IRENE-Suarez (H/M, DOB XX-XX-1986) ("IRENE"). There is probable cause to believe IRENE is an alien who is unlawfully present in the United States, and illegally possessed a firearm, in violation of Title 18, United States Code, Section 922(g)(5)(A). This Affidavit is submitted in support of a criminal complaint and arrest warrant for Jose Raul IRENE-Suarez.

4. Probable cause is based on information set forth in the following paragraphs, which is either known personally to me or has been related to me by law enforcement officers or other court documents. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, Your Affiant has not included each and every fact known to me concerning this investigation.

5. During September of 2017, HSI Indianapolis received Tipline information from ICE Headquarters that J.R. Audio and Parts, 6250 West 38th Street, Suite A, Indianapolis, IN 46254 was employing illegal aliens at that location. The owner of the business was identified as Jose IRENE, born: XX/XX/1986, residing at 4025 Gamay Lane, Indianapolis, IN 46254. In addition to this Tipline referral, an investigation was initiated locally in conjunction with an HSI national agency initiative involving the service of "Notice of Inspections" scheduled for March 2018. Your Affiant conducted Immigration history checks on IRENE which revealed that on or about August 6, 2004, IRENE was first encountered by Customs and Border Protection after entering the U.S. illegally at or near

Columbus, NM and as a result was voluntarily returned to Mexico.

6. On March 6, 2018, at approximately 1105 hours HSI Special Agents including Your Affiant entered the business address of J.R. Audio and Parts, 6250 West 38th Street, Suite A, Indianapolis, IN 46254 and properly identified themselves. Agents spoke with Jose IRENE who identified himself as the owner. A Notice of Inspection was served along with a I-138 Administrative Subpoena for business documents and a tentative time for the agents to return to J.R Audio for an I-9 inspection was set for March 12, 2018. While serving the Notice of Inspection on March 12, 2108, Your Affiant provided a current blank I-9 Form to IRENE. IRENE spoke English and appeared to understand the information presented to him by the agents. IRENE indicated he did not know what an I-9 was and had not prepared any I-9's previously for his business. He stated he did not have an attorney and was just getting a book-keeper set up to assist him with his finances. It appeared that there were at least two other "employees" present, however it could not be determined if any other potential employees were in the work bays at the rear of the business.

7. On June 13, 2018, at approximately 1300 hours, Your Affiant along with Special Agent Jonathan Cotteleer encountered IRENE at his place of business, J.R. Audio and Parts LLC, 6250 W. 38th Street, Indianapolis, IN 46254 for the purpose of placing him in administrative Immigration removal proceedings as the result of information discovered during the aforementioned I-9 investigation. The agents identified themselves to IRENE even though IRENE had previously met both agents as part of the I-9 investigation. There was a vehicle running in the back part of the business and the business was filled

with exhaust fumes. Your affiant asked IRENE if they could speak outside in front of the business because it was too loud and full of exhaust fumes due to the running vehicle. IRENE indicated he would speak with the agents but first asked them to hold on and he stepped into the back-work bay out of sight for a moment. Once he reappeared he was again asked if he would step outside to talk. IRENE sat down in the middle of the room and asked what the visit was about. Your affiant proceeded to explain as part of the investigation it was determined there was a problem with his status and that he was not in the U.S. legally. Your Affiant explained they needed to take him to the Indianapolis Office for Immigration and Customs Enforcement for processing and that he was under arrest for Immigration violations.

8. Due to the fact that IRENE was cooperative in previous encounters he was not cuffed inside his business and was allowed to walk to the agent's vehicle. While walking to the car, Your Affiant asked IRENE why he stepped into the back bay and IRENE indicated he was putting a handgun away and that it was a Taurus that he put by the microwave in the back-work area.

9. IRENE was cuffed by Your Affiant at the car and placed in the front seat where he was read his constitutional rights verbatim from a DHS Rights Form. IRENE acknowledged he understood his rights in English and initialed by each sentence also in English, but indicated he wanted to speak to an attorney. Your affiant went back over the information IRENE had related earlier about the weapon prior to asking for an attorney to which he acknowledged that the information was accurate. IRENE indicated if the agents wanted the weapon that they could get it through his attorney. Your Affiant allowed IRENE to

call his attorney from his cellphone to consult with him about the matter. During that call, Your Affiant advised IRENE that the building would be secured until agents could get access to the weapon. Also during the call, IRENE indicated he would give the agents access to retrieve the weapon despite having invoked his right to consult with an attorney earlier. After the call with his attorney, IRENE was read the contents of a consent to search form and details of items the agents would be looking for, then signed the form after indicating the weapon was loaded with a round of ammunition in the chamber. He indicated he only wanted the agents to look for the weapon and not documents or papers. IRENE led the agents to the weapon with a magazine inserted, a second magazine and two boxes of .45 caliber ammunition. IRENE also signed an abandonment form for the weapon, magazines, and the two boxes of ammunition.

10. IRENE was transported to the Indianapolis HSI office where he was processed as the result of his immigration arrest. Upon interview for immigration purposes, IRENE confirmed the aforementioned information regarding his August 2004 arrest near the U.S. border, and that he re-entered the U.S. from Mexico without authorization about a month later around the first of September at or near the place of his original entry near Columbus, NM. Additional Immigration database inquiries revealed that IRENE had no current valid immigration status in the U.S., or any active claims filed with U.S. Citizens and Immigration Service (USCIS) and did not have permission to re-enter the U.S. from the Secretary of Homeland Security or the U.S. Attorney General. This information was confirmed via fingerprint comparison after IRENE was booked into the Department of Homeland Security Database. Your Affiant also viewed a photograph of IRENE related to his prior immigration arrest in August 2004 and confirmed that this individual was the

same person arrested by Your Affiant on June 13, 2018.

11. Your Affiant knows from his training and experience and confirmed with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Eric Jensen that the above listed firearm was manufactured outside the State of Indiana and by virtue of its presence in the State of Indiana it would have had to have traveled in interstate or foreign commerce. On June 15, 2018, Your Affiant in the presence of ATF Special Agent Eric Jensen test fired the TAURUS, .45 caliber, Model: PT24/7 G2C, Serial Number: NHO23231, and the weapon functioned as designed.

William Birkofer
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Subscribed and sworn to me before this 26 day of June, 2018, at Indianapolis, Indiana.

DEBRA McVICKER LYNCH
United States Magistrate Judge
Southern District of Indiana